UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MICZEWSKI and
URSULA MICZEWSKI,

    Plaintiffs,

v.                                            Case No: 8:06-cv-1752-T-23EAJ

EAGLE VAN LINES MOVING
& STORAGE, INC., et. al.,

    Defendants.
_____/

## **ORDER**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the parties' stipulation of dismissal with prejudice (Doc. 7) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on February 6, 2007.

                                            STEVEN D. MERRYDAY
                                            UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy